361 A.2d 740

COMMONWEALTH

v.

DANIELS, Appellant.

Submitted March 1, 1976.   Philip D.

Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.